**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00447-CV

———————————

**LEVANT RESTAURANT BAKERY INC., Appellant**

**V.**

**SOSAN POPAL, Appellee**

---

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-02192**

---

## MEMORANDUM OPINION

Appellant, Levant Restaurant Bakery Inc., has neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Accordingly, we

dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.